UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALBERT GREEN, JR. (#285637)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 09-369-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 8, 2010 (doc. no. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petition of Albert Green, Jr. for habeas corpus relief is DISMISSED, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, this 16TH day of July, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE